**No. P68/30.**—American Rieter Co., Inc. *v.* United States, protests 63/3999, etc. (New York).

Ford, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of parts of drawtwister machines, dedicated to use on or with such machines, similar in all material respects to those the subject of *Allied Chemical Corp., National Aniline Division,* and *Alltransport, Inc., et al.* v. *United States* (53 Cust. Ct. 233, Abstract 68680, and 56 Cust. Ct. 880, Abstract 68711), the claim of the plaintiff was sustained.

**No. P68/31.**—Firestone Tire & Rubber Co. et al. *v.* United States, protests 64/24019, etc. (New York).

Ford, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of drawtwisters and parts thereof, which are dedicated to use on or with such machines, similar in all material respects to those the subject of *Allied Chemical Corp., National Aniline Division, and Alltransport, Inc., et al.* v. *United States* (53 Cust. Ct. 233, Abstract 68680, and 56 Cust. Ct. 880, Abstract 69811), the claim of the plaintiffs was sustained.

**No. P68/32.**—Starlite Jewelry Mfg. Co. *v.* United States, protest 60/25330 (New York).

Ford, J.  In accordance with stipulation of counsel that the articles covered by the foregoing protest consist of merchandise classified as flashlights similar in all material respects to those the subject of *Astra Trading Corp.* v. *United States* (56 Cust. Ct. 555, C.D. 2703), the claim of the plaintiff was sustained.